STATE OF NEW JERSEY v. WILLIE LAWTON.

January 30, 1973. Petition and cross petition for certification denied.

FLORENCE C. EVANS v. LENOX, INC.

January 30, 1973. Petition for certification denied. (See 121 *N. J. Super.* 407)

STATE OF NEW JERSEY v. JOSEPH P. LETO.

January 30, 1973. Petition for certification denied.

KATALIN VARGA v. FAYMAY REALTY CORP.

January 30, 1973. Petition for certification denied.

MOLLY MARVUGIO, t/a GREEN KNOLL REALTY v. WILLIAM S. GRIMALDI.

January 30, 1973. Petition and cross petition for certification denied.

JUDITH F. KLEIN v. BENJAMIN KLEIN

January 30, 1973. Petition for certification denied.